102

963 A.2d 904

David RICHARDSON, Appellant

v.

Jeffrey A. BEARD, Appellee.

Supreme Court of Pennsylvania.

Dec. 19, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of December, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**